UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

AARON T. ADELL                                                                                          PLAINTIFF

V.                            Case No. 2:23-CV-00167-BSM-BBM

MARTIN O'MALLEY[1], Commissioner,
Social Security Administration                                                              DEFENDANT

## **ORDER**

Plaintiff Aaron T. Adell filed the above-captioned case, seeking judicial review of the administrative denial of his application for disability insurance benefits under Title II of the Social Security Act. (Doc. 1). On March 25, 2024, the Defendant filed a motion to remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 18). The motion is unopposed. *Id.* at 2. For good cause shown, the motion will be granted.

Accordingly, the Defendant's Unopposed Motion to Remand (Doc. 18) is GRANTED. This matter is REMANDED to the Commissioner of the Social Security Administration for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 26th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 20, 2023, Martin J. O'Malley was sworn in as Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner O'Malley is automatically substituted as the Defendant.