UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

AARON T. ADELL                                                                                          PLAINTIFF

V.                           Case No. 2:23-CV-00167-BSM-BBM

MARTIN O'MALLEY[1], Commissioner,
Social Security Administration                                                                  DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Aaron T. Adell, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 26th day of March, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On December 20, 2023, Martin J. O'Malley was sworn in as Commissioner of the Social Security Administration. Pursuant to Federal Rule of Civil Procedure 25(d), Commissioner O'Malley is automatically substituted as the Defendant.